# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                   *
ESTATE OF PEARL WELCH, et al.      *
                                   *
        Plaintiffs,                *
                                   *    No. 04-1471L
        v.                         *    Filed: June 12, 2018
                                   *
UNITED STATES,                     *
                                   *
        Defendant.                 *
                                   *
* * * * * * * * * * * * * * * * *  *
```

## O R D E R

The court is in receipt of the parties' June 8, 2018 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, this court **ORDERS** that this case be **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**